IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02705-RPM

JANICE K. KIRCHHOF,

    Plaintiff,

v.

CHRISTIAN LIVING COMMUNITIES,

    Defendant.

---

## ORDER

---

    Upon review of the Unopposed Motion to Dismiss [13] filed September 6, 2011, it is

    ORDERED that this action is dismissed with prejudice, each side to pay their own costs and attorney fees.

    Dated:   September 7th, 2011

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge